## BUEHRER v PROVIDENT MUTUAL LIFE INS CO

Ohio Supreme Court

No 22284. Decided Feb 11, 1931

Marshall, CJ, Matthias, Day, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**